IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BRIAN J. STREETER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PREMIER STAFFING SERVICES and TURPAK FOODS, INC.,<br><br>　　　　Defendants. | No. C12-4097-MWB<br><br>ORDER |

The matter before the court is the plaintiff's second amended complaint. The plaintiff filed such complaint on December 12, 2012. In light of the record, the court is of the opinion that the matter is best addressed after receipt of an answer and/or any dispositive motion deemed appropriate. *See Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 1831, 104 L. Ed. 2d 338 (1989); *Money v. Moore*, 877 F.2d 9, 10 (8th Cir. 1989); 28 U.S.C. § 1915. The clerk's office is directed to serve the second amended complaint on the defendants without the prepayment of fees and costs. A copy of this order is to accompany the documents being served. The defendants shall file an answer or other dispositive motion by no later than May 30, 2013.

**IT IS SO ORDERED.**

**DATED** this 30th day of April, 2013.

_____
LEONARD T. STRAND
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT